# Exhibit A

 Solera  *Audatex*

# Autosource
## Market-Driven Valuation™

State Farm Insurance is dedicated to delivering exceptional service to you in reference to your claim 11-19M9-29G01 from loss date 05/08/2021 on a 2014 Nissan Sentra SV 4D Sedan. State Farm Insurance has selected Audatex, an independent vehicle valuation company, to prepare a comprehensive vehicle valuation for your vehicle. This valuation report was prepared specifically for your vehicle and represents a fair and accurate value driven by the retail used vehicle market.

### Market Value
## $8,531



In these pages, you will find:

=> Vehicle Inspection
=> Market Overview
=> Valuation Detail

---

### The Valuation Process

The breadth and depth of the Audatex used vehicle database makes Autosource the most comprehensive market-driven valuation process available. Audatex has been determining locally sensitive, fair, and accurate market values for vehicles since 1985, with more than 30 million vehicles valued. The Autosource Market Value includes vehicles for sale at dealerships and private party sellers, starting right in the local market.

---

### Valuation Detail

**1. 2014 Nissan Sentra SV 4D Sedan**

|  | Comparable 1 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Jonesboro, Ga | | **$7,359** |
| Odometer | 93,378 Mi(Actual) | 79,057 Mi(Actual) | 360 |
| Equipment | | Mud/Splash Guards | 35 |
| Packages | | Floor Mat Package | 35 |
| | Premium Package | | -255 |
| | | Comparable 1 Adjusted Price | $7,534 |

**2. 2014 Nissan Sentra SV 4D Sedan**

|  | Comparable 2 | Your Vehicle | Adjustments |
|---|---|---|---|
| **Price** | Duluth, Ga | | **$8,827** |
| Odometer | 51,799 Mi(Actual) | 79,057 Mi(Actual) | -680 |
| | | Mud/Splash Guards | 35 |

| Packages | | Floor Mat Package | 35 |
| | Premium Package | | -255 |

| | | Comparable 2 Adjusted Price | $7,962 |

**3. 2014 Nissan Sentra SV 4D Sedan**

| | Comparable 3 | Your Vehicle | Adjustments |
|---|---|---|---|
| Price | Lawrenceville, Ga | | $7,267 |
| Odometer | 126,755 Mi(Actual) | 79,057 Mi(Actual) | 1,190 |
| | | Mud/Splash Guards | 35 |
| Packages | | Floor Mat Package | 35 |
| | Premium Package | | -255 |

| | | Comparable 3 Adjusted Price | $8,272 |

**4. 2014 Nissan Sentra SV 4D Sedan**

| | Comparable 4 | Your Vehicle | Adjustments |
|---|---|---|---|
| Price | Birmingham, Al | | $6,356 |
| Odometer | 138,929 Mi(Actual) | 79,057 Mi(Actual) | 1,495 |
| | | Mud/Splash Guards | 35 |
| | Aluminum/Alloy Wheels | Steel Wheels | -170 |
| Packages | | Floor Mat Package | 35 |
| | Premium Package | | -255 |

| | | Comparable 4 Adjusted Price | $7,496 |

**Final Market Value Calculation**

| | | |
|---|---|---|
| 1.2014 Nissan Sentra SV 4D Sedan | | $7,534 |
| 2.2014 Nissan Sentra SV 4D Sedan | | $7,962 |
| 3.2014 Nissan Sentra SV 4D Sedan | | $8,272 |
| 4.2014 Nissan Sentra SV 4D Sedan | | $7,496 |

| | | Average Price | $7,816 |

**Condition**

| Category | Typical Condition | Loss Vehicle Condition | |
|---|---|---|---|
| Seats Condition | Minor Wear | Good | 110 |
| Int Trim Condition | Minor Damage | Good | 40 |
| Body Condition | Minor Damage | Good | 170 |
| Ext Trim Condition | Good | Minor Damage | -40 |
| Engine Condition | Minor Wear | Well Maintained | 285 |
| Transmission Condition | Minor Wear | Well Maintained | 150 |

| | **Total Condition Adjusted Market Value** | **$8,531** |
|---|---|---|
| | Deductible | -1,000.00 |
| | **Net Adjusted Value** | **$7,531.00** |

This valuation was processed using our Multiple Comparable valuation methodology.

The market area identified has multiple tax jurisdictions. Autosource was unable to identify which county or city was applicable to the total loss vehicle. Upon verification of the correct amount, you will need to select the tax from the possibilities shown below.

| County | City | State | Rate | Tax |
|---|---|---|---|---|

| Carroll | Carrollton | | GA | 0.0000% | $0.00 |
| Carroll | | | GA | 0.0000% | $0.00 |
| Carroll | Mount Zion | | GA | 0.0000% | $0.00 |

---

## Valuation Notes

- o  **Loss vehicle description was provided by State Farm Insurance**
- o  **Adjustments of Special Note**
  - ¤  The requested Exception valuation has been processed using one or more Comparables in order to meet state regulatory requirements.
  - ¤  An odometer adjustment of 2.50 cents per mile/kilometer has been applied. This adjustment is based on the vehicle year, vehicle category and market area. Odometer adjustments are capped at 40% of the vehicle's starting value.
  - ¤  Typical miles for this 2014 Nissan Sentra in Georgia is 106,950.
  - ¤  No special adjustments were made for this vehicle.
  - ¤  All values are in U.S. dollars.
- o  **Autosource Valuation Process**
  - ¤  Over 8,000,000 vehicles are entered weekly into the database used for researching this value. This database includes dealer inspected, dealer inventory, dealer advertised, phone verified and advertised private party vehicles.
  - ¤  The originating search area for this valuation was Carrollton, Georgia.
  - ¤
- o  **Other Adjustments or Comments**
  - ¤  The market area identified has multiple tax jurisdictions. Autosource was unable to identify which county or city was applicable to the total loss vehicle. Upon verification of the correct amount, you will need to select the tax from the possibilities shown below.
- o  **Conditioning Notes**
  - ¤  **INTERIOR**
    - °  **Seats**: No obvious damage.
    - °  **Carpets**: Slight stains.
    - °  **Int Trim**: No obvious damage.
    - °  **Glass**: No obvious damage.
    - °  **Headliner**: Soiling removable with cleaning.
  - ¤  **EXTERIOR**
    - °  **Body**: 1-3 small dings possible on close inspection.
    - °  **Paint**: Numerous small chips.
    - °  **Ext Trim**: Impact damage less than 1 credit card in size.
  - ¤  **MECHANICAL**
    - °  **Engine**: Engine compartment generally clean. No obvious leaks.
    - °  **Transmission**: Transmission housing, transaxle, differential, transfer case areas generally clean. No obvious leaks.
  - ¤  **TIRES**
    - °  **Front Tires**: 30-79% of tread remains.
    - °  **Rear Tires**: Tires are in good condition. 30-79% of tread remains.

---

## Vehicle Description

# VIN: 3N1AB7AP5EL613442

**2014 Nissan Sentra SV 4D Sedan**

**79,057 Miles Actual**

*4cyl Gasoline 1.8*
*Continuously Variable Tr*



| Interior | *Air Conditioning* | *Cruise Control* | *Center Console* |
|---|---|---|---|
| | *Bucket Seats* | *Intermittent Wipers* | *Lighted Entry System* |
| | *Overhead Console* | *Pwr Accessory Outlet(s)* | *Power Door Locks* |
| | *Power Windows* | *Split Folding Rear Seat* | *Velour/Cloth Seats* |
| | *Tachometer* | *Trip Computer* | *Tire Pressure Monitor* |
| | *Tilt & Telescopic Steer* | | |
| Exterior | *Rear Window Defroster* | *Keyless Entry System* | *LED Brake Lights* |
| | *Power Mirrors* | *Mud/Splash Guards* | *Perimeter Alarm System* |
| | *Rem Trunk-L/Gate Release* | *Compact Spare Tire* | *Tinted Glass* |
| | *Steel Wheels* | | |
| Mechanical | *Power Brakes* | *Power Steering* | *Stability Cntrl Suspensn* |
| Safety | *Dual Airbags* | *Anti-Lock Brakes* | *Limited Slp Differential* |
| | *Head Airbags* | *Halogen Headlights* | *2nd Row Head Airbags* |
| | *Side Airbags* | *Traction Control System* | |
| Entertainment | *Auxiliary Audio Input* | *MP3 Decoder* | *AM/FM CD Player* |
| | *Strg Wheel Radio Control* | | |
| Packages | *Floor Mat Package, Cargo/Trunk Mat, Floor Mats* | | |
| Trim Levels | S, FE+ S, *SV, FE+ SV, SL, SR | | * Indicates your trim level |

A detailed description of your vehicle was provided to Autosource by a trained appraiser. Through a partnership with Nissan, Audatex AudaVIN retrieves the individual vehicle specifications to identify the vehicle specifications including equipment, packages, engine and transmission. Contact State Farm Insurance if revisions are necessary. The bold/italic font indicates options reported by the manufacturer.

## Vehicle Condition

| | |
|---|---|
| **Seats** | Good. No Obvious Damage. |
| **Carpets** | Minor Wear. Slight Stains. |
| **Int Trim** | Good. No Obvious Damage. |
| **Glass** | Good. No Obvious Damage. |
| **Headliner** | Good. Soiling Removable With Cleaning. |
| **Body** | Good. 1-3 Small Dings Possible On Close Inspection. |
| **Paint** | Minor Wear. Numerous Small Chips. |
| **Ext Trim** | Minor Damage. Impact Damage Less Than 1 Credit Card In Size. |
| **Engine** | Well Maintained. Engine Compartment Generally Clean.No Obvious Leaks. |
| **Transmission** | Well Maintained. Transmission Housing, Transaxle, Differential, Transfer Case Areas Generallyclean.No Obvious Leaks. |
| **Front Tires** | Good. 30-79% Of Tread Remains. |
| **Rear Tires** | Good. Tires Are In Good Condition.30-79% Of Tread Remains. |

---

## Market Overview



### 💷 What is my Vehicle Market Value based on?

**30117, Carrollton Georgia**--Research for your vehicle was based on market analysis originating from your zip/postal code.

Fair and accurate market valuations must balance geographic location with comparability of one vehicle to others. Having the largest and most current database of vehicles for sale provides a comprehensive view of your vehicle's market. In addition to the vehicle inventories received directly from dealerships, Autosource finds comparable vehicle information for vehicles in the same places most buyers look for them--local and national internet websites, vehicle guides, publications and partnerships representing more than 10,000 independent vehicle sources.

### 💷 How did Autosource make adjustments for my vehicle?

The main factors that affect the retail selling price and marketability of a vehicle are **odometer, equipment and condition**. Therefore, Autosource valuations include adjustments that fairly consider the differences between your vehicle and the typical vehicle found in the market.

- o **Odometer**
  - ¤ Adjustments are made to account for the odometer differences between the loss vehicle and comparable(s).
  - ¤ The odometer adjustment is based on 2.50 cents per mile specific to the 2014 Nissan Sentra SV 4D Sedan in the state of Georgia. Odometer adjustments are capped at 40% of the vehicle's starting value.
- o **Equipment**
  - ¤ Adjustments are made to account for the differences in equipment between the loss vehicle and comparable(s).
  - ¤ Equipment adjustments are based on the manufacturer's retail price, adjusted for depreciation
- o **Condition**
  - ¤ Typical condition is based on hundreds of inspected vehicles.
  - ¤ Condition adjustments are based on a percentage of the vehicle's value

---

## Comparable Vehicle Details

The following information provides the details for the vehicles used to calculate the Autosource Value. The selling price may be substantially less than the asking price. Where indicated, the asking price has been adjusted to account for typical negotiation according to each comparables price.

| 1 | **2014 Nissan Sentra SV 4D Sedan** | 3N1AB7AP8EY309525 | **$7,359** |

Stock# L82222A. 93378 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Premium Package, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Amplifier, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Compact Spare Tire, Center Console, Dual Airbags, Rear Window Defroster, Electronic Compass, Garage Door Opener, Head Airbags, Halogen Headlights, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Limited Slp Differential, LED Brake Lights, Lighted Entry System, MP3 Decoder, Overhead Console, Perimeter Alarm System, Pwr Accessory Outlet(s), Power Brakes, Power Door Locks, Power Mirrors, Power Moonroof, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Velour/Cloth Seats, Child Safety Locks, Floor Mats, Blue Tooth Communications, High Performance.

Offered for sale by Landmark Dodge Chrysler Fiat in Jonesboro, GA, (770) 968-4900. Vehicle information by Vast on 04/12/21.

The advertised price of $7,999 was adjusted to account for typical negotiation.

| 2 | **2014 Nissan Sentra SV 4D Sedan** | 3N1AB7AP4EL625159 | **$8,827** |

Stock# 1030235288. 51799 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Premium Package, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Amplifier, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Compact Spare Tire, Center Console, Dual Airbags, Rear Window Defroster, Electronic Compass, Garage Door

Opener, Head Airbags, Halogen Headlights, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Limited Slp Differential, LED Brake Lights, Lighted Entry System, MP3 Decoder, Overhead Console, Perimeter Alarm System, Pwr Accessory Outlet(s), Power Brakes, Power Door Locks, Power Mirrors, Power Moonroof, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Velour/Cloth Seats, Under Warranty.

Offered for sale by Drivetime Gwinnett in Duluth, GA, (770) 689-1470. Vehicle information by Cars.com on 05/05/21.

The advertised price of $9,595 was adjusted to account for typical negotiation.

| 3 | **2014 Nissan Sentra SV 4D Sedan** | 3N1AB7AP9EY267723 | $7,267 |
|---|---|---|---|

Stock# EY267723. 126755 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Premium Package, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Amplifier, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Compact Spare Tire, Center Console, Dual Airbags, Rear Window Defroster, Electronic Compass, Garage Door Opener, Head Airbags, Halogen Headlights, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Limited Slp Differential, LED Brake Lights, Lighted Entry System, MP3 Decoder, Overhead Console, Perimeter Alarm System, Pwr Accessory Outlet(s), Power Brakes, Power Door Locks, Power Mirrors, Power Moonroof, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Steel Wheels, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Velour/Cloth Seats, Floor Mats.

Offered for sale by Carey Paul Honda in Lawrenceville, GA, (770) 985-1444. Vehicle information by *Leading Internet Auto Site on 04/08/21.

The advertised price of $7,899 was adjusted to account for typical negotiation.

| 4 | **2014 Nissan Sentra SV 4D Sedan** | 3N1AB7AP5EY231026 | $6,356 |
|---|---|---|---|

Stock# N231026. 138929 Miles. 4 Cylinder 1.8 Engine, Continuously Variable Tr, Premium Package, Auxiliary Audio Input, Anti-Lock Brakes, Air Conditioning, Automatic Dimming Mirror, Aluminum/Alloy Wheels, Amplifier, Bose Sound System, Bucket Seats, Cruise Control, AM/FM CD Player, Compact Spare Tire, Center Console, Dual Airbags, Rear Window Defroster, Electronic Compass, Garage Door Opener, Head Airbags, Halogen Headlights, Intermittent Wipers, Illuminated Visor Mirror, Keyless Entry System, Limited Slp Differential, LED Brake Lights, Lighted Entry System, MP3 Decoder, Overhead Console, Perimeter Alarm System, Pwr Accessory Outlet(s), Power Brakes, Power Door Locks, Power Mirrors, Power Moonroof, Power Steering, Power Windows, 2nd Row Head Airbags, Rem Trunk-L/Gate Release, Side Airbags, Stability Cntrl Suspensn, Split Folding Rear Seat, Strg Wheel Radio Control, Tachometer, Trip Computer, Traction Control System, Tinted Glass, Tire Pressure Monitor, Tilt & Telescopic Steer, Velour/Cloth Seats, Armrest.

Offered for sale by Serra Volkswagen in Birmingham, AL, (205) 856-6520. Vehicle information by Vast on 04/23/21.

The advertised price of $6,985 was adjusted to account for typical negotiation.

---

## Administrative Data

GARNER COL 11IH2TFT

State Farm Insurance

SOUTHERN REGION SHOPS Branch

Tempe AZ 85282

Claimant

Insured Cudd

Claim  11-19M9-29G01

Loss Date 05/08/2021

Loss Type Collision

Policy

Other

License Expiration  2021-07

---

## VINSOURCE Analysis

VIN 3N1AB7AP5EL613442

Decodes as 2014 Nissan Sentra SV 4D Sedan

Accuracy Decodes Correctly

History No activity was reported

AudaVIN  Yes

---

**NICB Report**

| | |
|---|---|
| NICB/ISO Member | P137 PROGRESSIVE CASUALTY |
| Claim | 21-8202759-02 | Loss Date | 01/13/21 |
| Type of Loss | ESTIMATE | Phone |
| Point of Impact | Left Rear Side |

NICB/ISO Member  P137 PROGRESSIVE CASUALTY

Claim  0120218202759                     Loss Date  01/13/21

Type of Loss  PROPERTY/CASUALTY          Phone  9126913700

NICB/ISO Member  S037 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Claim  1119M929G                         Loss Date  05/08/21

Type of Loss  PROPERTY/CASUALTY          Phone

---

**Recall Bulletins**

Nat'l. Highway Traffic Safety Admin (US) has issued a total of 5 recall bulletins that may apply to this vehicle.

**NHTSA ID Number** 14V138000

Date Issued 03/25/14

Quantity Affected 989,701

Defect  Nissan North America, Inc. (Nissan) is recalling certain model year 2013-2014 Altima, LEAF, Pathfinder, and Sentra, model year 2013 NV200 (aka Taxi) and Infiniti JX35 and model year 2014 Infiniti Q50 and QX60 vehicles. In the affected vehicles, the occupant classification system (OCS) software may incorrectly classify the passenger seat as empty, when it is occupied by an adult.

If the OCS does not detect an adult occupant in the passenger seat, the passenger airbag would be deactivated. Failure of the passenger airbag to deploy during a crash (where deployment is warranted) could increase the risk of injury to the passenger.

Remedy  Nissan will notify owners, and dealers will update the OCS software, free of charge. The recall began on April 14, 2014. Owners may contact Nissan at 1-800-647-7261.

**NHTSA ID Number** 15V681000

Date Issued 10/20/15

Quantity Affected 919

Defect  Nissan North America, Inc. (Nissan) is recalling certain model year 2013-2015 Altima and Pathfinder vehicles, 2013-2014 Nissan Sentra vehicles, 2013 Infiniti JX35 vehicles, 2014-2015 Infiniti QX60 vehicles and 2014 Infiniti QX60 Hybrid vehicles. The affected vehicles received an incorrect occupant classification system (OCS) control unit during a repair. These OCS control units may incorrectly classify the front passenger seat as empty, when it is occupied by an adult.

If the OCS does not detect an adult occupant in the passenger seat, the passenger air bag would be deactivated. Failure of the passenger airbag to deploy during a crash (where deployment is warranted) could increase the risk of injury to the passenger.

Remedy  Nissan will notify owners, and dealers will update the OCS software, free of charge. The recall began on November 30, 2015. Owners may contact Nissan at 1-800-647-7261.

**NHTSA ID Number** 16V242000

Date Issued 04/26/16

Quantity Affected 645,898

Defect  Nissan North America, Inc. (Nissan) is recalling certain model year 2013-2016 Sentra vehicles manufactured June 4, 2012, to April 9, 2016. The front passenger seat belt bracket may become deformed if it is used to secure a Child Restraint System (CRS). The deformed seat bracket may cause the Occupant Classification System (OCS) to incorrectly classify the installed CRS, resulting in the front passenger air bag to not be turned off as designed when a CRS is in the seat.

If the frontal passenger air bag deploys in the event of a crash when a child seat is installed in the front passenger seat, there will be an increased risk of injury to the child in the CRS.

Remedy  Nissan will notify owners, and dealers will reinforce the seat belt bracket as well as reprogram the Air Bag Control Unit (ACU) and OCS Electronic Control Unit (ECU), free of charge. The recall began on June 13, 2016. Owners are warned not to install a CRS in the front seat. Owners may contact Nissan customer service at 1-800-867-7669.

**NHTSA ID Number** 16V244000

Date Issued 04/26/16

Quantity Affected 3,296,947

Defect  Nissan North America, Inc. (Nissan) is recalling certain model year 2016-2017 Nissan Maxima, 2013-2016 Nissan Altima, NV200, LEAF, Sentra, and Pathfinder, 2014-2016 Nissan NV200 Taxi, Infiniti QX60, QX60 Hybrid, and Q50 Hybrid, 2014-2017 Nissan Rogue and Infiniti Q50, 2015-2016 Nissan Murano, Murano Hybrid, and Chevrolet City Express, 2014-2015 Nissan Pathfinder Hybrid, and 2013 Infiniti JX35 vehicles. In these vehicles, the front seat passenger Occupant Classification System (OCS) may incorrectly classify an adult passenger as a child or classify the seat as empty despite it being occupied. As a result, the passenger frontal air bag may be turned off and not deploy in the event of a crash.

If the passenger frontal air bag does not deploy as intended in the event of a crash, the passenger is at an increased risk of injury.

Remedy  Nissan will notify their owners. Chevrolet City Express owners will be notified by General Motors. Dealers will reprogram the Air Bag Control Unit (ACU) and OCS Electronic Control Unit (ECU) in Altima, Maxima, Murano, Rogue, and Sentra vehicles, and replace the OCS ECU in LEAF, NV200, NV200 Taxi, Pathfinder, Infiniti Q50, JX35, and QX60 and Chevrolet City Express vehicles, free of charge. Interim notices were sent to owners on May 31, 2016. Owners will receive a second notice when remedy parts become available. Owners may contact Nissan customer service at 1-800-867-7669, Infiniti customer service at 1-888-833-3216 or Chevrolet customer service at 1-800-222-1020.

**NHTSA ID Number** 17V253000

Date Issued 04/13/17

Quantity Affected 25,283

Defect  Nissan North America, Inc. (Nissan) is recalling certain 2015-2017
LEAF and 2014, 2015 and 2017 Sentra vehicles. Due to a manufacturing error
within the air bag inflators, the passenger frontal air bag may not properly
deploy in the event of a crash.

Remedy  Nissan will notify owners, and dealers will replace the front
passenger air bag inflator, free of charge. The recall is expected to begin
June 11, 2017. Owners may contact Nissan customer service at 1-800-647-7261.

---

**Original Equipment Guide**

| Engine Options | | Transmission Options | |
|---|---|---|---|
| * 4 Cylinder 1.8 Engine | STD | * Continuously Variable Tr | STD |
| **Other Optional Equipment** | | **Convenience Options** | |
| * Anti-Lock Brakes | STD | * Air Conditioning | STD |
| Amplifier | | Automatic Dimming Mirror | |
| Bodyside Moldings | | Auto Headlamp Control | |
| * Compact Spare Tire | STD | Armrest(s) | |

| | | | | |
|---|---|---|---|---|
| * | Center Console | STD | * Cargo/Trunk Mat | |
| * | Dual Airbags | STD | * Cruise Control | STD |
| | Electronic Compass | | Cargo/Trunk Net | $55 |
| | Fog Lights | $315 | * Rear Window Defroster | STD |
| * | Head Airbags | STD | * Floor Mats | TYP |
| * | Halogen Headlights | STD | Garage Door Opener | |
| * | Intermittent Wipers | STD | Illuminated Visor Mirror | |
| | Keyless Access System | | * Mud/Splash Guards | $165 |
| * | Keyless Entry System | STD | * Rem Trunk-L/Gate Release | STD |
| | Keyless Ignition System | | Rear View Camera | |
| | 1st Row LCD Monitor(s) | | * Strg Wheel Radio Control | STD |
| * | Limited Slp Differential | STD | * Tire Pressure Monitor | STD |
| * | LED Brake Lights | STD | * Tilt & Telescopic Steer | STD |
| * | Lighted Entry System | STD | **Radio/Phone/Alarm Options** | |
| | Leather Shift Knob | | * Auxiliary Audio Input | STD |
| | Leather Steering Wheel | | Bose Sound System | |
| | Navigation System | | * AM/FM CD Player | STD |
| * | Overhead Console | STD | * MP3 Decoder | STD |
| * | Pwr Accessory Outlet(s) | STD | * Perimeter Alarm System | STD |
| * | 2nd Row Head Airbags | STD | SiriusXM Satellite Radio | |
| * | Side Airbags | STD | Touch Screen Display | |
| * | Stability Cntrl Suspensn | STD | USB Audio Input(s) | |
| | Rear Spoiler | $340 | **Power Accessories** | |
| * | Tachometer | STD | Heated Power Mirrors | |
| * | Trip Computer | STD | * Power Brakes | STD |
| * | Traction Control System | STD | * Power Door Locks | STD |
| * | Tinted Glass | STD | * Power Mirrors | STD |
| | Wireless Phone Connect | | * Power Steering | STD |
| | **Seat Options** | | * Power Windows | STD |
| * | Bucket Seats | STD | **Wheel Options** | |
| | Heated Front Seats | | Aluminum/Alloy Wheels | $790 |
| * | Split Folding Rear Seat | STD | * Steel Wheels | STD |
| * | Velour/Cloth Seats | STD | **Roof Options** | |
| | | | Power Moonroof | |

**Option Packages**

| | | | |
|---|---|---|---|
| | Auto-Dimming Mirror Pkg | $275 | Includes Automatic Dimming Mirror, Electronic Compass |
| | Cold Weather Package | $300 | Includes Heated Front Seats |
| | Driver Package | $1,000 | Includes Auto Headlamp Control, Keyless Access System, Keyless Ignition System, 1st Row LCD Monitor(s), Leather Shift Knob, Leather Steering Wheel, SiriusXM Satellite Radio, USB Audio Input(s), Wireless Phone Connect, Rear Disc Brakes, 4.3 In Color Display |
| | Electronics Package | $500 | Includes Automatic Dimming Mirror, Electronic Compass, Interior Accent Lighting |
| * | Floor Mat Package | $170 | Includes Cargo/Trunk Mat, Floor Mats |
| | Illuminated Kick Plate | $230 | |
| | Navigation Package | $800 | Includes Navigation System, Rear View Camera, Touch Screen Display, Voice Recognition, 5.8 Inch Color Touch Screen Display, SiriusXM Traffic, SiriusXM Travel Link Service |

| Premium Package | $1,200 | Includes Automatic Dimming Mirror, Amplifier, Bose Sound System, Electronic Compass, Garage Door Opener, Illuminated Visor Mirror, Power Moonroof, 8 Speakers |
| Protection Pkg | $325 | Includes Bodyside Moldings, Bumper Protector, Trunk Protector |

| | Base retail price | $18,300 |
| **Loss Vehicle manufacturer's suggested retail price as reported** | | **$18,635** |

Editions available for the same body style (in order of original cost, increasing): S, FE+ S, *SV, FE+ SV, SL, SR

\* Indicates loss vehicle equipment.

## About Your Valuation

This report contains proprietary information of Audatex and its partners and shall not be disclosed to any third party (other than the insurer or insured, or their legal representative; or claimant or claimant's insurer for purposes of subrogation) without Audatex's prior written consent. If you are the insured or claimant and have questions regarding the description of your vehicle, please contact the insurance company that is handling your claim. Information within VINsource/NICB is provided solely to identify potential duplicative claims activity. User agrees to use such information solely for lawful purposes.

Tax rates contained herein are based on general sales tax data provided by Vertex Inc. Excise, use, registration, licensing and other taxes and fees that may be applicable are not included. Audatex makes no representations or warranties concerning the applicability or accuracy of such tax data.

## Georgia Regulatory Statement

Third party claimants are those individuals who are not insured by the insurance carrier for whom this appraisal was written. We are required by law to provide the following Notice to those individuals: Notice to third party claimants: Failure to use the insurance proceeds in accordance with the security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

Report Generated by Audatex, a Solera Company

US Pat. No 7912740B2

US Pat. No 8200513B2

US Pat. No 8468038B2

US Pat. No 8725544



© 2021 Audatex North America, Inc. All Rights Reserved.