UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated, *Plaintiff,* v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Defendant.* | Civil Action No. 4:21-cv-00217-CDL |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, COMPEL APPRAISAL AND STAY**

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the claims against State Farm for failure to state a claim upon which relief can be granted. The bases for this Motion and supporting authorities are set forth in the attached Memorandum of Law.

Wherefore, State Farm respectfully moves for an Order dismissing the Complaint in its entirety with prejudice.

DATE: February 17, 2022

        Respectfully submitted,

        */s/ Daniel F. Diffley*
        DANIEL F. DIFFLEY
        Georgia Bar No.: 221703
        MELISSA G. QUINTANA
        Melissa G. Quintana
        Georgia Bar No.: 891573
        **ALSTON & BIRD LLP**
        1201 W. Peachtree Street
        Atlanta, Georgia 30309
        Telephone: (404) 881-7000
        dan.diffley@alston.com
        melissa.quintana@alston.com

        ***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*s/ Melissa G. Quintana*
Melissa G. Quintana
