UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated,<br><br>   *Plaintiff,*<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   *Defendant.* | Civil Action No. 4:21-cv-00217-CDL |

**DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S RULE 87.2 JURISDICTIONAL STATEMENT**

In accordance with Local Rule 87.2, State Farm Mutual Automobile Insurance Company states that it is incorporated in the state of Illinois. State Farm also has its principal place of business in the state of Illinois.

DATE: February 17, 2022

               Respectfully submitted,

               */s/ Daniel F. Diffley*
               DANIEL F. DIFFLEY
               Georgia Bar No.: 221703
               MELISSA G. QUINTANA
               Georgia Bar No.: 891573
               **ALSTON & BIRD LLP**
               1201 W. Peachtree Street
               Atlanta, Georgia 30309
               Telephone: (404) 881-7000
               dan.diffley@alston.com
               melissa.quintana@alston.com

               *Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*s/ Melissa G. Quintana*
Melissa G. Quintana