UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 4:21-cv-00217-CDL |

**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 87.1, State Farm Mutual Automobile Insurance Company states the following:

State Farm Mutual Automobile Mutual Automobile Insurance Company does not have a parent corporation.

Its subsidiaries are as follow: State Farm Indemnity Company (IL), State Farm County Mutual Insurance Company of Texas (TX), Ogiesby Reinsurance Company (IL), State Farm Fire and Casualty Company (IL), State Farm General Insurance Company (IL), State Farm Lloyds, Inc. (TX), State Farm Florida Insurance Company (FL), Top Layer Reinsurance, Ltd. (BMU), Dover Bay Specialty Insurance Company (IL), HiRoad Assurance Company (IL), State Farm Life and Accident Assurance Company (IL), State Farm Life Insurance Company (IL), State Farm Bank, FSB (IL), EMVLP, LLC, State Farm Investment Management Corp. (DE), State Farm Liquidity Pool LLC (DE); State Farm Companies Foundation (IL), Insurance Placement Services, Inc. (IL); State Farm International Services, Inc. (AZ), State Farm International Holding Company (DE),

4eightyfive, LLC (DE), Alabama WMT, LLC (DE), Atlanta Hub One SFMM, LLC, Atlanta Office Investments, LLC (DE), Atlanta Office Ph I, LLC, Austin Jack, LLC (DE), BCS Office Investments One, LP (TX), BCS Office Investments Two, LP (TX), BlueOwl, LLC (DE); Centennial Jack II, LLC (DE), Centennial Jack IV, LLC (DE), Centennial Jack V, LLC (DE), Centennial Mac Jack, LLC, Centennial Park III, LLC (DE), City Lights on Fig, LP (CA), Dallas DC A, LLC (DE); Dallas DC B, LLC (DE), Dallas Hub One SFGP, LLC, Dallas Hub One SFLP, LLC (DE), Dallas Hub Two SFGP, LLC (DE), Dallas Hub Two SFLP, LLC (DE), DRT, LP (CA), Hoover Ross Bridge, LLC (DE), Idaho – Brockton, LP (CA), Idaho Pacific, LLC (DE), Kansas City Data Center D, LLC (DE), Mountainbrook, LLC (DE), New Jersey Kimball, LLC (DE), RS Realty, LLC (IL), SF Risk Management Group, LLC (DE), SFCL, LLC (DE), SRL Portfolio, LLC (DE), State Farm Realty Investment Company (AZ), Tempe Office Investment, LLC (DE), State Farm Equity and Bond Fund (DE), State Farm Equity Fund (DE), State Farm International Index Fund (DE), State Farm Small Cap Index Fund (DE), State Farm Small/Mid Cap Equity Fund (DE); Foreign Securities Trust No. 1 (IL), State Farm Emerging Market Equity Trust (IL), and State Farm Companies' Canadian Agent Termination Benefit Security Trust (CAN).

 State Farm Mutual Automobile Insurance Company is a mutual insurance company and as such does not have any shareholders; therefore no stock is available for ownership by any publicly-held corporations or companies.

DATE: February 17, 2022.

        Respectfully submitted,

        */s/ Daniel F. Diffley*
        Daniel F. Diffley
        Georgia Bar No. 221703
        Melissa G. Quintana
        Georgia Bar No. 891573
        **ALSTON & BIRD LLP**
        1201 W. Peachtree Street
        Atlanta, Georgia 30309
        Tel.: 404-881-7000
        dan.diffley@alston.com
        melissa.quintana@alston.com

        ***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*s/ Melissa G. Quintana*
Melissa G. Quintana