IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
Columbus Division

| | | |
|---|---|---|
| **JARRETT CUDD,** on behalf of himself and all others similarly situated, | * | |
| | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL ACTION NO. |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | * | |
| | * | 4:21-CV-00217 |
| | * | |
| **Defendant.** | * | |

## MOTION TO WITHDRAW

COMES NOW, Travis C. Hargrove, and moves this Honorable Court to allow him to withdraw as attorney of record for Jarrett Cudd, on behalf of himself and all others similarly situated. In support of the same he states as follows:

1. Attorney, Travis C. Hargrove, requests to withdraw from this matter. Other attorneys within his firm, The Finley Firm, P.C., will be representing Plaintiff going forward.

**WHEREFORE**, the undersigned attorney respectfully requests that this Honorable Court allow him to withdraw as counsel of record from this case.

Respectfully submitted this 10th day of March, 2022.

/s/ *Travis C. Hargrove*
Travis C. Hargrove
Georgia Bar No.: 141374
The Finley Firm, P.C.
200 13th Street
Columbus, Georgia 31901
Telephone: (706) 322-6226
Facsimile: (706) 322-6221
THargrove@TheFinleyFirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically and served on all counsel of record via the Court's ECF System.

This 10th day of March, 2022.

/s/ Travis C. Hargrove
Travis C. Hargrove
Georgia Bar No.: 141374
THargrove@TheFinleyFirm.com
Georgia Bar No.: 841433
The Finley Firm, P.C.
200 13th Street
Columbus, Georgia 31901
Telephone: (706) 322-6226
Facsimile: (706) 322-6221
*Attorney for Plaintiff*