UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 4:21-cv-00217-CDL |

## PARTIES' CONSENT MOTION TO DISMISS FOR MOOTNESS

Plaintiff Jarrett Cudd, and Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), jointly move the Court to deny State Farm's Motion to Dismiss the Complaint Or, in the Alternative, Compel Appraisal and Stay (Dkt. 10) as moot. On March 10, 2022, Plaintiff filed an Amended Complaint (Dkt. 17). The Amended Complaint rendered State Farm's Motion to Dismiss the Complaint under 12(b)(1) and 12(b)(6) moot. State Farm also moved in the alternative to compel appraisal and Stay Plaintiff's action. Simultaneous with the filing of Plaintiff's Amended Complaint, Plaintiff filed his substantive brief opposing the alternative relief requested by State Farm. (Dkt.18).

Pursuant to Local Rule 6.1, the Parties agree that State Farm shall answer or otherwise move in response to Plaintiff's Amended Complaint on or before April 29, 2022, less than 30 days from the original deadline for State Farm to answer or otherwise respond to the Amended Complaint. No extension of State Farm's deadline to answer or

otherwise respond to the Amended Complaint has previously been stipulated in this Action.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the Proposed Order submitted concurrently.

Respectfully submitted this 24th day of March, 2022.

| | |
|---|---|
| */s/ MaryBeth V. Gibson* | */s/ Daniel F. Diffley* |
| J. BENJAMIN FINLEY | DANIEL F. DIFFLEY |
| Georgia Bar No.:261504 | Georgia Bar No.: 221703 |
| MARYBETH V. GIBSON | MELISSA G. QUINTANA |
| Georgia Bar No.: 725843 | Melissa G. Quintana |
| N. NICKOLAS JACKSON | Georgia Bar No.: 891573 |
| Georgia Bar No.: 841433 | **ALSTON & BIRD LLP** |
| **THE FINLEY FIRM, P.C.** | 1201 W. Peachtree Street |
| 200 13th Street | Atlanta, Georgia 30309 |
| Columbus, Georgia 31901 | Telephone: (404) 881-7000 |
| Telephone: (706) 322-6226 | dan.diffley@alston.com |
| bfinley@thefinleyfirm.com | melissa.quintana@alston.com |
| mgibson@thefinleyfirm.com | *Attorneys for Defendant, State Farm Mutual* |
| njackson@thefinleyfirm.com | *Automobile Insurance Company* |

MICHAEL B. TERRY
Georgia Bar No.:702582
FRANK M. LOWREY
Georgia Bar No. 410310
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-4100
terry@bmelaw.com
lowrey@bmelaw.com

R. BRENT IRBY
Georgia Bar No.: 224232
**IRBY LAW, LLC**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 335-9102
brent@irbylaw.net
*Attorneys for Plaintiff, Jarrett Cudd*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, I electronically filed the foregoing document via CM/ECF, which will automatically send a copy to all counsel of record.

*/s/ Melissa G. Quintana*
MELISSA G. QUINTANA
Melissa G. Quintana
Georgia Bar No.: 891573
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
melissa.quintana@alston.com