# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>*Defendant.* | Civil Action No. 4:21-CV-217 (CDL) |

## ORDER

Upon review and consideration of the Parties' Consent Motion to Dismiss for Mootness, IT IS HEREBY ORDERED THAT the motion is GRANTED. Plaintiff's Amended Complaint (Dkt. 17) superseded the original Complaint filed in the United States District Court for the Middle District of Georgia (Dkt. 1), and as a result, Defendant's Motion to Dismiss the Complaint Or, in the Alternative, Compel Appraisal and Stay (Dkt. 10) is now moot in its entirety. The Court DENIES Defendant's Motion to Dismiss the Complaint, Or, in the Alternative, Compel Appraisal and Stay (Dkt. 10) as MOOT.

Defendant will have until April 29, 2022 to answer or otherwise respond to Plaintiff's Amended Complaint (Dkt. 17).

IT IS SO ORDERED, this 24th day of March, 2022

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA