IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JARRETT CUDD, on behalf of himself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 4:21-cv-217 (CDL) |
| v. | * |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 28th day of October 2022.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk